JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERIC JAMES II,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 5:26-cv-04259-SB-AJR

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that Count 1 is dismissed with prejudice, and Counts 2 through 5 are dismissed without prejudice.

This is a final judgment.

Date: September 25, 2026

Stanley Blumenfeld, Jr.
United States District Judge